## Commonwealth *v.* Bartol, Appellant.

Before WILLIAMS, P. J. 

Submitted September 8, 1975. *Ronald E. Vican,* Public Defender, for appellant; *James F. Marsh,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bozarth, Appellant.

Before HALBERT, J., without a jury. 

Submitted September 8, 1975. *Elaine DeMasse* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed. See *Commonwealth v. Carter,* 236 Pa. Superior Ct. 376, 382, 344 A.2d 899, 902 (1975).

JACOBS, HOFFMAN, and SPAETH, JJ., dissent for the reasons set forth in the dissent in *Commonwealth v. Carter,* supra.